ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| ALEXANDRA MILAGROS RIVERA TORRES T/C/C ALEXANDRA GUZMÁN<br><br>Parte Peticionaria<br><br>V.<br><br>MADAY LERIS MONTAÑEZ COTTO<br><br>Parte Recurrida | TA2025CE00951 | *REVISIÓN JUDICIAL* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br>_____<br>Caso Núm.: CG2024CV00991<br>Sala: 703<br>_____<br>SOBRE:<br>COBRO DE DINERO-ORDINARIO, EJECUCIÓN DE HIPOTECA: PROPIEDAD RESIDENCIAL, DAÑOS |
|---|---|---|

Panel integrado por su presidenta la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de enero de 2026.

Examinado el *Recurso de Certiorari* presentado por la Sra. Alexandra Milagros Rivera Torres t/c/c Alexandra Guzmán el 23 de diciembre de 2025, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*